# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# (Charlotte Division)
# Civil Action No. 08-00004
# IN ADMIRALTY

| | |
|---|---|
| ZEPSA INDUSTRIES, INC. d/b/a ZEPSA ARCHITECTURAL WOODWORK,<br><br>    Plaintiff,<br><br>vs.<br><br>ALVIN E. KIMBLE, RICHARD JOHNSON, and the M/Y REBECCA, her engines, gears, tackle and apparel *in rem*,<br><br>    Defendants. | |

## ORDER WITHHOLDING ISSUE OF WARRANT OF ARREST

Upon Motion of Plaintiff, and for good cause shown, it is hereby ORDERED that the issuance of a warrant for arrest of the M/Y *REBECCA*, her engines, tackle, furniture, etc., and related papers, IS HEREBY and SHALL BE WITHHELD until such time as Plaintiff files a subsequent Motion with this Court for the issuance of such warrant and the Court rules upon that Motion.

**SO ORDERED**.

Signed: January 4, 2008

_____
Carl Horn, III
United States Magistrate Judge