IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)
Civil Action No. 3:08-CV-00004-RJC-CH

| | |
|---|---|
| ZEPSA INDUSTRIES, INC. d/b/a ZEPSA ARCHITECTURAL WOODWORK | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| COMMUNICATION CONSULTANTS, INC., TELECOMMUNICATION CONSULTANTS, INC. and ALVIN E. KIMBLE, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER ALLOWING AMENDMENT TO CASE MANAGEMENT PLAN

This matter having come before the Court on the Second Consent Motion to Amend Case Management Plan, and for good cause shown, the Court hereby:

**ORDERS** that Paragraphs I(G), I(H) and II(A) of the Case Management Plan be amended as follows:

G. **DISCOVERY COMPLETION**: All discovery shall be complete no later than **March 16, 2009**. Supplementations per Rule 26(e) shall be due within **thirty (30) days** after obtaining applicable information. Counsel are directed to initiate discovery requests and notice or subpoena depositions sufficiently in advance of the discovery completion deadline so as to comply with this Order. Discovery requests that seek responses or schedule depositions after the discovery completion deadline are not enforceable except by order of the Court for good cause shown. The parties may consent to extensions of the discovery completion deadline so long as any such extension expires not later than ten (10) days prior to scheduled trial time. If a party requests an extension of time to respond to discovery requests or to extend the discovery deadline, the result of consultation with opposing counsel must be stated in the motion.

H. **EXPERT WITNESSES**: Parties shall designate and provide reports from their expert witnesses regarding affirmative claims (including

counterclaims), pursuant to Rule 26(a)(2), by **December 31, 2008**. Rebuttal experts shall be designated, and reports produced by such rebuttal experts, by **February 12, 2009**.

A.  **MOTIONS DEADLINE:** All motions except motions in limine and motions to continue shall be filed no later than **April 15, 2009**. Parties may not extend this deadline by agreement and stipulated extension of the completion of discovery do not extend the Motions Deadline.

**SO ORDERED**.

Signed: November 18, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge